[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Barnes,* Slip Opinion No. 2020-Ohio-310.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-310

THE STATE OF OHIO, APPELLANT, *v.* BARNES, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Barnes,* Slip Opinion No. 2020-Ohio-310.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2018-1389—Submitted January 8, 2020—Decided February 4, 2020.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 105964, 2018-Ohio-3273.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

O'CONNOR, C.J., and FISCHER, DONNELLY, and STEWART, JJ., concur.

KENNEDY and DEWINE, JJ., dissent and would reverse the judgment of the court of appeals.

FRENCH, J., dissents.

_____

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Daniel T. Van and Frank Romeo Zeleznikar, Assistant Prosecuting Attorneys, for appellant.

Mark A. Stanton, Cuyahoga County Public Defender, and Cullen Sweeney, Assistant Public Defender, for appellee.

Anne K. Sweeney and Tom Mlakar; Kathleen C. McGarvey; James M. Daniels; Jennifer van Dulmen; Heather L. Hall; and John E. Schrider Jr., urging affirmance for amici curiae Legal Aid Society of Cleveland, Legal Aid Society of Columbus, Southeastern Ohio Legal Services, Community Legal Aid Services, Inc., Advocates for Basic Legal Equality, Inc., and Legal Aid Society of Southwest Ohio, L.L.C.

Tucker Ellis, L.L.P., Chad M. Eggspuehler, and Jon W. Oebker, urging affirmance for amici curiae Ohio State Bar Association, Deborah A. Coleman, Susan Martyn, Andrew S. Pollis, and John P. Sahl.

_____